NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WILLIAM PATRICK RUSSELL,  )
                                   )
      Appellant,               )
                                   )
v.                                 )     Case No. 2D18-187
                                   )
STATE OF FLORIDA,        )
                                   )
      Appellee.              )
_____)

Opinion filed May 1, 2019.

Appeal from the Circuit Court for
Sarasota County; Charles E. Roberts,
Judge.

Michael Ufferman of Michael Ufferman
Law Firm, P.A., Tallahassee,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


      Affirmed.


NORTHCUTT, MORRIS, and ATKINSON, JJ., Concur.